CASCO MIN. CO. et al. v. LEADVILLE BASIN MIN. CO. et al. (Circuit Court of Appeals Eighth Circuit. December 20, 1899.) No. 1,272. Appeal from the Circuit Court of the United States for the District of Colorado. W. H. Bryant and H. H. Lee, for appellants. John A. Ewing and John M. Maxwell, for appellees. No opinion. Affirmed, with costs.

---

THE CHICAGO. (Circuit Court of Appeals, Second Circuit. March 14, 1900.) Nos. 45, 46. Appeal from the District Court of the United States for the Northern District of New York. Maurice C. Spratt, for appellant. Ulysses S. Thomas, for appellees. George Clinton, for the Townsend Davis and the W. I. Babcock. George S. Potter, for the Owego. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree of district court affirmed, with interest and costs, on opinion below. 71 Fed. 537.

---

CITY OF BEATRICE v. NORTHWESTERN MUT. LIFE INS. CO. (Circuit Court of Appeals, Eighth Circuit. January 19, 1900.) No. 1,299. In Error to the Circuit Court of the United States for the District of Nebraska. F. N. Prout, Alfred Hazlett, and Alburtus H. Kidd, for plaintiff in error. John L. Kennedy and M. L. Learned, for defendant in error. No opinion. Affirmed, with costs.

---

CITY OF CLEVELAND v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 14, 1900.) No. 684. Appeal from the Circuit Court of the United States for the Northern District of Ohio. Miner G. Norton and Ford, Boyd & Crowl, for appellant. J. J. Sullivan, for appellee. Dismissed on motion by appellant.

---

CITY OF LINCOLN v. SNYDER. (Circuit Court of Appeals, Eighth Circuit. January 22, 1900.) No. 1,323. In Error to the Circuit Court of the United States for the District of Nebraska. J. R. Webster and John P. Maule, for plaintiff in error. Lionel C. Burr and Charles L. Burr, for defendant in error. Dismissed, with costs, on motion of defendant in error.

---

CITY OF LINCOLN v. STODDARD. (Circuit Court of Appeals, Eighth Circuit. January 22, 1900.) No. 1,322. In Error to the Circuit Court of the United States for the District of Nebraska. J. R. Webster and John P. Maule, for plaintiff in error. Thomas Ryan, for defendant in error. Dismissed, with costs, on motion of defendant in error.

---

CITY OF PIERRE v. GORHAM. (Circuit Court of Appeals, Eighth Circuit. March 12, 1900.) No. 1,310. In Error to the Circuit Court of the United States for the District of South Dakota. Ivan W. Goodner, for plaintiff in error. H. R. Horner, R. W. Stewart, and Herbert Winsor, for defendant in error. Dismissed, with costs, on motion of plaintiff in error.